```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ERIC J. TALLEY,                         :
                                        :       CIVIL ACTION
          Plaintiff,                    :       NO. 93-3060
                                        :
     v.                                 :
                                        :
SOUTHEASTERN PENNSYLVANIA               :
TRANSPORTATION AUTHORITY,               :
et al.                                  :
                                        :
          Defendants.                   :
```

**ORDER**

**AND NOW**, this **10th** day of **November, 2016,** upon consideration of Plaintiff's Motion for Leave to File a Petition for a Writ of Mandamus (ECF No. 95) and the Order dated January 5, 2000 enjoining Plaintiff from, among other things, filing any further papers in this case (ECF No. 91),[1] and following a show cause hearing held on the record on October 28, 2016, it is hereby **ORDERED** as follows:

    1.   The rule is **DISSOLVED**.

    2.   Plaintiff's Motion for Leave to File a Petition for a Writ of Mandamus (ECF No. 95) is **DENIED** for failure to satisfy the conditions in the Order dated January 5, 2000 (ECF No. 91).

---

[1] This order was entered by the late Honorable Herbert J. Hutton. The case was transferred to this Court's docket on September 21, 2016.

3. Plaintiff's Petition for a Writ of Mandamus is **STRICKEN** as contrary to the Order dated January 5, 2000 (ECF No. 91).

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**